# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ULLOA, | ) Case No. ED CV 11-1571 JST (MRW) |
| Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF |
| RIVERSIDE COUNTY PROBATION DEPARTMENT, | ) UNITED STATES MAGISTRATE JUDGE |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: April 23, 2012

_____
HON. JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE