UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ULLOA, | ) Case No. ED CV 11-1571 JST (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| RIVERSIDE COUNTY PROBATION DEPARTMENT, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 23, 2012

_____
HON. JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE